IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID BAUMANN,

    Plaintiff,

v.

GLOBAL FINISHING SOLUTIONS, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-760-slc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing plaintiff's complaint with prejudice.

_____
Peter Oppeneer, Clerk of Court

OCT 1 4 2009
_____
Date